## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MCDANIELS,<br><br>            Plaintiff,<br><br>v.<br><br>ARCHAEA ENERGY INC., J. KYLE DERHAM, KATHRYN JACKSON, JOSEPH MALCHOW, SCOTT PARKES, DANIEL JOSEPH RICE, IV, NICK STORK, and JAMES TORGERSON,<br><br>            Defendants. | )<br>)<br>) Case No. 1:22-cv-01510-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: December 13, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*